**THE LAW OFFICES OF**
**AVRUM J. ROSEN**, **PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: kberson@avrumrosenlaw.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN * |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBINS | |
| SCOTT T. DILLON | |

October 16, 2013

**VIA ECF ONLY**
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re International Exchange Services, LLC, Chapter 7, Case No. 13-40909-ess
         Kramer v Fusion Renewables, LLC Adv. Pro. No. 13-1111-ess

Dear Judge Stong:

This letter is to confirm that the pre-trial conference in the above-referenced adversary proceeding has been adjourned to November 19, 2013 at 9:30 a.m. This document has been filed electronically. Thank you.

Very truly yours,

S/Kimberly Berson

Kimberly Berson

cc: Andrew L. Buck, Esq.

\\Server\clients\K\kramer-ies\correspondence\chambers ltr adj ptc to 1119wpd.wpd