UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
In re:

        INTERNATIONAL EXCHANGE SERVICES LLC

                 Debtor.
---------------------------------------------------------------------------x
DEBRA KRAMER, as Trustee of the Estate of
International Exchange Services, LLC,

                Plaintiff,

      -against-

FUSION RENEWABLES, LLC,

                Defendants.
---------------------------------------------------------------------------x

Chapter 7

Case No.: 13-40909-ess

Adv. Pro. No.: 13-1111-ess

## SCHEDULING ORDER

WHEREAS, on March 29, 2013, Debra Kramer, the Plaintiff, commenced this adversary proceeding by filing a complaint against Fusion Renewables, LLC, the Defendant (the "Complaint"); and

WHEREAS, the Defendant filed an answer to the Complaint on July 23, 2013; and

WHEREAS, the Court held an adjourned pre-trial conference on July 24, 2013, at which the Plaintiff and the Defendant appeared and were heard; and

WHEREAS, the Court held an adjourned pre-trial conference on September 20, 2013 at which the Plaintiff appeared and was heard, and the Defendant did not appear; and

WHEREAS, the Court held an adjourned pre-trial conference on October 15, 2013 at which the Plaintiff appeared and was heard, and the Defendant did not appear; and

WHEREAS, by order dated July 25, 2013, the deadline to complete discovery was October 22, 2013.

NOW THEREFORE, it is hereby

ORDERED, that the parties shall complete discovery by November 19, 2013; and it is further

ORDERED, that an adjourned pre-trial conference shall be held on November 19, 2013, at 9:30 a.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201.

**Dated: Brooklyn, New York**
**October 17, 2013**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Avrum J Rosen
The Law Offices of Avrum J Rosen, PLLC
38 New Street
Huntington, NY

Andrew L Buck
75 Greenridge Avenue
White Plains, NY 10605
917-974-0140

Debra Kramer
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021

Fusion Renewables, LLC
1626 South Harbor Drive
Milwaukee, WI 53207
ATTN: Managing Member/Officer/Director

United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201